UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARUTYUN TOPUSHYAN,<br><br>Defendant. | Cr. Nos. 00-137 KJM, 14-0005 KJM<br><br><br><br>ORDER |

    This case was set for a status hearing on March 12, 2014, but the parties submitted a stipulation continuing the hearing. Defendant requires the services of an Armenian interpreter for his court appearances and so the staff interpreter secured the presence of the interpreter for that date.

    Local Rule 403(b) provides that "counsel shall promptly notify the staff interpreter and/or courtroom deputy" if a hearing is cancelled or rescheduled. Counsel did not comply with the rule. Although the interpreter learned about the continuance through her own efforts, she was not able to give the Armenian interpreter the required twenty-four hour cancellation notice and so incurred $210 in fees.

    On March 13, 2014, the court directed defense counsel to show cause why he should not be ordered to reimburse the court for the costs of the Armenian language interpreter. ECF No. 36. He did not respond.

1  IT IS THEREFORE ORDERED George Mdgesyan is directed to reimburse the
2  court in the amount of $210 for the Armenian interpreter within seven days of the date of this
3  order.  Failure to comply will result in sanctions and a report to the State Bar.
4  DATED: April 8, 2014.

_____
UNITED STATES DISTRICT JUDGE