BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARUTYUN TOPUSHYAN,<br><br>Defendant. | CASE NO.  CR S 14-005 KJM<br>              CR S 00-137 KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND CONSOLIDATION OF CASES FOR TRIAL; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 2, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    On August 13, 2014, the parties appeared before the Court for a status conference in relation to both of the above-referenced matters. At the hearing, attorney Gary Decker appeared with the defendant on behalf defendant's counsel George Mgdesyan.

2.    At the status conference, and at the request of the parties, the court set a jury trial date of February 2, 2015, and a trial confirmation hearing date of December 17, 2014.

3.    At the hearing, the United States confirmed that consolidation of the related cases for trial would be appropriate. Attorney Decker was not authorized to state the defendant's position on this issue. In addition, the Court excluded time between August 13, 2014, and the trial start of trial on

/////

1  February 2, 2015, under local code T4.  The Court requested that the parties confirm that counsel for
2  defendant agreed this exclusion is appropriate.
3      4.      The parties agree and stipulate, and request that the Court find the following:
4          a)      The two related criminal cases pending against the defendant in this district are
5  appropriate for consolidation for trial.
6          b)      A further exclusion of time under the Speedy Trial Act is appropriate.
7          c)      Counsel for defendant desires additional time to review the current charges and
8  the discovery, to consult with the defendant, and to consider possible resolution of this matter.
9          d)      Counsel for defendant believes that failure to grant the above-requested
10 continuance would deny him/her the reasonable time necessary for effective preparation, taking
11 into account the exercise of due diligence.
12         e)      Based on the above-stated findings, the ends of justice served by continuing the
13 case as requested outweigh the interest of the public and the defendant in a trial within the
14 original date prescribed by the Speedy Trial Act.
15         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
16 et seq., within which trial must commence, the time between August 13, 2014, and February 2,
17 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
18 T4] because it results from a continuance granted by the Court at the parties' request on the basis
19 of the Court's finding that the ends of justice served by taking such action outweigh the best
20 interest of the public and the defendant in a speedy trial.
21     5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the
22 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
23 must commence.
24 /////
25 /////
26 /////
27 /////
28 /////

IT IS SO STIPULATED.

Dated:  September 16, 2014                    BENJAMIN B. WAGNER
                                              United States Attorney


                                              /s/ PHILIP A. FERRARI
                                              PHILIP A. FERRARI
                                              Assistant United States Attorney


Dated:  September 16, 2014                    /s/ Philip Ferrari for/
                                              GEORGE MGDESYAN
                                              Counsel for Defendant
                                              Arutyun Topushyan


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of September, 2014

_____
UNITED STATES DISTRICT JUDGE

3