BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 00-137 KJM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER RELEASING BAIL FOR RESTITUTION PURPOSES |
| ARUTYUN TOPUSHYAN, | |
| Defendant. | |

The defendant was indicted in the above-referenced matter on March 16, 2000. Docket, # 1. He made his initial appearance on the charges in the Central District of California where he was required to post $3,000 in cash to secure his pre-trial release. Docket, # 4. A receipt for that cash deposit is reflected in this Court's docket, as is the fact that the cash bond was transferred to this Court. Docket, ## 5, 6. On December 17, 2014, the defendant entered a guilty plea to the sole count in the indictment. Docket, # 46. On April 1, 2015, this Court imposed sentence including an order that the defendant pay restitution in the amount of $327,149.00. Docket, # 55. To date, no payments have been made against the defendant's restitution obligation.

Under Title 28, United States Code, Section 2044, "the court shall order any money belonging to and deposited by or on behalf of the defendant with the court for the purposes of a criminal appearance bail bond (trial or appeal) to be held and paid over to the United States attorney to be applied to the payment of any assessment, fine, restitution, or penalty imposed upon the defendant."

1    Although the statute indicates the money should be paid over to the United States Attorney's
2    Office to be applied to payment of restitution, if the government were to receive the funds from the
3    Clerk's Office it would simply provide the funds right back.  After consultation with the Clerk's Office,
4    it has been determined that the preferred procedure is to request that the Court simply order the Clerk's
5    Office to apply the funds to the restitution obligation.
6    Accordingly the parties hereby stipulate that the funds deposited on the defendant's behalf to
7    secure his pre-trial release may be applied to his restitution obligation.  The parties request that the Court
8    enter an Order directing the Clerk's Office for the Eastern District of California to apply the funds
9    deposited, and any associated interest, to the defendant's restitution obligation.
10   IT IS SO STIPULATED.

Dated:  July 22, 2015                              BENJAMIN B. WAGNER
                                                   United States Attorney

                                                    /s/ Philip A. Ferrari
                                                   PHILIP A. FERRARI
                                                   Assistant United States Attorney


Dated:  July 22, 2015                               /s/ Philip A. Ferrari for/
                                                   GEORGE MGDESYAN
                                                   Counsel for Defendant
                                                   ARUTYAN TOPUSHYAN


///
///
///

STIPULATION AND ORDER                              2

**FINDINGS AND ORDER**

For the reasons set forth above, and in accordance with the parties' stipulation, it is hereby ordered that the Clerk's Office for the Eastern District of California shall apply the funds deposited with the Court to secure defendant Arutyan Topushyan's pre-trial release, and any interest thereon, to the restitution obligation imposed upon Mr. Topushyan in the above-referenced matter.

IT IS SO FOUND AND ORDERED this 24th day of July, 2015.

DATED:  July 24, 2015

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                                    3